**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **D.B., an individual, by and through his next friend, DARLENE WHALEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 3:19-CV-00620** |
| | **JUDGE: JOHN W. deGRAVELLES** |
| **CORRECTHEALTH EAST BATON ROUGE, LLC, THE CITY / PARISH OF EAST BATON ROUGE; and SHERIFF SID J. GAUTREAUX III** | **MAGISTRATE: ERIN WILDER-DOOMES** |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT comes Plaintiff, D.B., through his next friend Darlene Whaley, and Defendants, City of Baton Rouge/Parish of East Baton Rouge ("City/Parish") and Sheriff Sid J. Gautreaux, III, to inform the Court that the parties have reached an amicable resolution in the above captioned case. The parties are in the process of preparing settlement documents. Accordingly, the parties hereby submit this request for a 60-Day Order of dismissal. Upon the finalization and execution of the settlement documents, Plaintiff will submit a motion to dismiss with prejudice and a proposed order to the Court.

**RESPECTFULLY SUBMITTED:**

/s/ Garret S. DeReus
BIZER & DeREUS, LLC
*Attorneys for Plaintiff*
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)
gdereus@bizerlaw.com
Emily Westermeier, Esq. (LA # 36294)
ewest@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**RESPECTFULLY SUBMITTED:**
**ANDERSON O. "ANDY" DOTSON, III**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Assistant Parish Attorney**
222 St. Louis Street; Suite 902
Baton Rouge, La. 70802
Telephone:    (225) 389-3114
Facsimile:    (225) 389-8736
Email: handrews@brla.gov
          mschillage@brla.gov
*Attorneys for Defendant, City of Baton Rouge/ Parish of East Baton Rouge*


Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/* Catherine S. St. Pierre
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
CATHERINE S. ST. PIERRE (#18419)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
*cstpierre@erlingsonbanks.com*
*Attorneys for Sid J. Gautreaux, III*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/ Garret S. DeReus
      **GARRET S. DeREUS**